UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JOSEPH CIMINO,

Defendant.

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE**

**21 -Mag- 1699 (UA)**

21cr334 (vB)

Defendant, <u>JOSEPH CIMINO</u>, hereby voluntarily consents to participate in the following
proceeding via _X__ videoconferencing or __X_ teleconferencing:

____    Initial Appearance Before a Judicial Officer

__X_    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
        Indictment Form)

____    Bail/Detention Hearing

____    Conference Before a Judicial Officer

<u>Joseph Cimino by *Susanne Brody*</u>
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

<u>*Susanne Brody*</u>
Defendant's Counsel's Signature

<u>Joseph Cimino</u>
Print Defendant's Name

<u>Susanne Brody</u>
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

<u>May 21, 2021</u>
Date

U.S. Magistrate Judge