UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JOSEPH CIMINO,

                                    Defendant.

-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE**

**21 Cr. 00334 (VB)**

Defendant, <u>JOSEPH CIMINO</u>, hereby voluntarily consents to participate in the following
proceeding via _X__ videoconferencing or __X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of
Indictment Form)

___ Bail/Detention Hearing

_X__ Conference Before a Judicial Officer


<u>Joseph Cimino by *Susanne Brody*</u>
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

<u>Joseph Cimino</u>
Print Defendant's Name

<u>*Susanne Brody*</u>
Defendant's Counsel's Signature

<u>Susanne Brody</u>
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

<u>June 3, 2021</u>
Date

The Honorable Vincent l. Briccetti
United States District Court Judge
Southern District of New York