# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown

August [date obscured]

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Joseph Cimino
      21-cr-334(VB)

Dear Honorable Judge Briccetti:

> APPLICATION GRANTED
> Although the Court is not impressed by defendant's excuse, the Court will permit him to appear at the 8/19/2021 conference by telephone. Call-in #: 888-363-4749 Access Code: 1703567.
> However, counsel for both parties **shall** appear in person in courtroom 621.
> SO ORDERED:
>
> Vincent L. Briccetti, U.S.D.J.  8/18/2021

I represent Mr. Cimino in the above referenced case. I am writing regarding the conference that is schedule for Thursday, August 19, 2021 at 12:00 p.m. Mr. Cimino informed me this afternoon that he no longer has a means of transportation to make it to his court appearance tomorrow. Both he and I apologize to the Court for the late notice, but he respectfully requests that he be permitted to appear by telephone for his pre-trial conference tomorrow. I have attached a consent to proceed telephonically that Mr. Cimino has authorized me to sign on his behalf.

Sincerely,

Elizabeth K. Quinn
Assistant Federal Defender

Enclosure

USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #:
DATE FILED: 8/18/21