UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

JOSEPH CIMINO,

                            Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21-CR-334(VB)

8/19/21

Defendant Joseph Cimino hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

/s/ Joseph Cimino (by VB)
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

___Joseph Ciminio___
Print Defendant's Name

_Elizabeth K. Quinn_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_8/19/21_
Date

_____
U.S. District Judge