UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

__USA__,
                Plaintiff(s),

v.

__Cimino__,
                Defendant(s).

------------------------------------------------------------x

**CALENDAR NOTICE**

__21 cr 334__ (VB)

      **PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled~~ / re-scheduled for:

\_\_\_ Status conference        \_\_\_ Final pretrial conference

\_\_\_ Telephone conference        \_\_\_ Jury selection and trial

\_\_\_ Pre-motion conference        \_\_\_ Bench trial

\_\_\_ Settlement conference        \_\_\_ Suppression hearing

\_\_\_ Oral argument        ✓ Plea hearing

\_\_\_ Bench ruling on motion        \_\_\_ Sentencing

on __11-15-__, 20__21__, at __11:00AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. ~~Adjourned from 11-9-21~~

      **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __10/28__, 20__21__
White Plains, NY

SO ORDERED:

/s/ Vincent L. Briccetti
Vincent L. Briccetti
United States District Judge