# STROOCK

January 19, 2022

VIA ECF
Honorable Vincent L. Briccetti
Federal Building and United States
300 Quarropas Street
White Plains, New York 10601-415

> Sentencing adjourned to **5/5/2022 at 2:30 p.m.** Defendant's sentencing submission due 4/21/2022. Government's submission due 4/28/2022. The Probation Department is authorized to delay disclosure of final presentence investigation report until after it has an opportunity to consider additional information from defense counsel.
> SO ORDERED:
>
> *[signature]*
>
> Vincent L. Briccetti, U.S.D.J. 1/19/2022

Re: <u>United States v. Joseph Cimino, 21-CR-00334 (VB)</u>

Dear Judge Briccetti:

As you are aware, this firm recently began representing Joseph Cimino in the above referenced matter. I write to follow up on my application from January 18, 2022 regarding an adjournment of Mr. Cimino's sentencing.

After filing my letter motion, the Probation Officer assigned to this matter, Officer Stephanie McMahon, reached out to me to inform me that the final Presentence Investigation Report ("PSR") is currently schedule to be disclosed to the Court and the parties on February 4, 2022. She further indicated that unless the Court orders the due date for the final report to be moved that she must disclose the final PSR on February 4, 2022. Accordingly, I write to request that if the Court grants my application to adjourn Mr. Cimino's sentencing date that Your Honor also orders the final PSR to be disclosed two weeks prior to the new sentencing date. This will permit counsel adequate time to provide Probation with any additional information and documents they believe appropriate in connection with the final PSR and sentencing. I have been in contact with AUSA Benjamin Gianforti about this application and he has informed me that the government has no objection.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/19/22

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com


January 19, 2022
Page 2

If the Court has any questions or concerns regarding this application, please feel free to contact me.

Respectfully submitted,

/s/ Ellen M. Murphy

Ellen M. Murphy


cc:  AUSA Benjamin Gianforti (*via ECF*)
     AUSA Daniel Loss (*via ECF*)

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, D