

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 28, 2022

**BY ECF & EMAIL**

The Honorable Vincent Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED
SO ORDERED:
Vincent L. Briccetti, U.S.D.J.
Dated: 3/29/22
White Plains, NY

Re:   United States v. Joseph Cimino, 21 Cr. 334 (VB)

Dear Judge Briccetti:

The parties write jointly to request a two-week extension to the Probation Office's second disclosure deadline for Mr. Cimino's presentence investigation report. That deadline is currently April 7, 2022.

The parties are engaged in active negotiations to resolve various issues relevant to sentencing, and anticipate entering into a sentencing agreement that will obviate the need for sentencing litigation.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____
Benjamin A. Gianforti
Assistant United States Attorney
(212) 637-2490

cc:   *Ellen Murphy, Esq., counsel to Joseph Cimino (by email)*