UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

UNITED STATES OF AMERICA

    - v. -

JOSEPH CIMINO,

             Defendant.

------------------------------------- X

5/18/22

ORDER OF RESTITUTION

21 Cr. 334 (VB)

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Benjamin Gianforti and Daniel Loss, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts One and Two of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

    1.    **Amount of Restitution.** JOSEPH CIMINO, the defendant, shall pay restitution to the known victims of the offenses charged in Counts One and Two of the Information in the total amount of $615,000.92. The name and amount of restitution owed to each victim of the offense charged in Counts One and Two is set forth in the Schedule of Victims attached hereto.

    2.    **Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) ad 3663(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may

be retained or used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:  White Plains, New York
        May 18, 2022

SO ORDERED:

_____
HONORABLE VINCENT L BRICCETTI
UNITED STATES DISTRICT JUDGE