# STROOCK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/22

June 27, 2022

Ellen M. Murphy
Direct Dial 212-806-5435
emurphy@stroock.com

*Defendant's surrender date is extended to 8/1/2022. No further extensions will be granted.*

*So Ordered:*
*VB USDJ*
*6/27/2022*

**VIA ECF & EMAIL**

Honorable Vincent L. Briccetti
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:   United States v. Joseph Cimino, 21-CR-00334 (VB)

Dear Judge Briccetti:

As you may recall, this firm represents Joseph Cimino in the above referenced matter.  Mr. Cimino was sentenced by this Court on May 18, 2022 and Your Honor permitted Mr. Cimino to self-surrender to the designated facility on July 1, 2022 before 2:00 pm.  I write to request a brief adjournment of Mr. Cimino's self-surrender date as Mr. Cimino has not yet received any designation from the Bureau of Prisons.

As reflected in the Judgment in this matter, the Court recommended to the Bureau of Prisons that Mr. Cimino be designated to the FCI Otisville Satellite Camp and further provided that Mr. Cimino should surrender directly to the facility designated by BOP on July 1, 2022 before 2:00 pm.  Mr. Cimino has not yet received any information about his designation from BOP and his surrender date is less than a week away.  I have been in contact with BOP and the U.S. Marshal's Service and have been informed that Mr. Cimino's designation is pending at the BOP's Regional Office in Grand Prairie, Texas.

As the Court may recall, Mr. Cimino is currently on medication to help address certain mental health issues from which he is suffering.  I am informed that it is not recommended that Mr. Cimino stop taking these medications at this time  (and in any event would need to taper off the medication to avoid significant side effects) but that it is unlikely that he would be permitted to bring medication with him to any temporary facility if he surrenders to the U.S. Marshals while he awaits designation.  Accordingly, I respectfully request that the Court adjourn Mr. Cimino's surrender date until the BOP designates him to a facility.  I will continue to follow up with the BOP to ensure that his designation happens as soon as possible.

I have been in contact with AUSA Daniel Loss about this application and he informs me that the government has no objection.

June 27, 2022
Page 2


Thank you for your consideration of this application.  If the Court has any questions or concerns, please feel free to contact me.

Respectfully submitted,

/s/ Ellen M. Murphy

Ellen M. Murphy


cc:     AUSA Benjamin Gianforti (*via ECF and email*)
        AUSA Daniel Loss (*via ECF and email*)